UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-CV-22253-HUCK

UNITED STATES *ex rel.*
MARC OSHEROFF, *et al.*,

      Plaintiff-Relator,

v.

TENET HEALTHCARE CORPORATION,
*et al.*,

      Defendants.

_____/

## DEFENDANTS' OPPOSITION TO RELATOR'S MOTION FOR LEAVE TO FILE SUR-REPLY AND INCORPORATED MEMORANDUM OF LAW

Relator Marc Osheroff already filed a 20-page (1.5 spaced) brief opposing Defendants' motion to dismiss.  He now wants yet another opportunity to file additional briefing on issues that he has already covered.  Defendants Tenet Healthcare Corporation, *et al.* respectfully request that the Court deny Osheroff's request, for these reasons:

1.  Filing a sur-reply is disfavored because it increases the amount of time and resources required of both the parties and the Court in deciding motions, and is not permitted by the Local Rules absent prior leave of court.  *See* S.D. Fla. L.R. 7.1(c).

2.  This increased burden is especially heavy in this case because Osheroff has already filed a comprehensive response to Defendants' motion to dismiss (DE 75), and admits that his sur-reply will simply re-cover ground already laid in his original response.  Moreover, Osheroff's proposed sur-reply serves only to provide Osheroff with the final word and thereby allot himself a procedural benefit (and perhaps precedent) not contemplated by the Local Rules.

CASE NO. 09-CV-22253-HUCK

## **PRAYER**

Defendants respectfully request that the Court deny Osheroff's motion for leave to file a sur-reply, and grant Defendants any and all other relief which the Court deems just and proper.

Respectfully submitted:

By: /s/ Martin B. Goldberg_____
    **Martin B. Goldberg**
    Florida Bar No. 827029
    mgoldberg@lashgoldberg.com
    **Michael L. Ehren**
    Florida Bar No. 0043768
    mehren@lashgoldberg.com
    LASH & GOLDBERG LLP
    Suite 1200, Miami Tower
    100 S.E. Second Street
    Miami, Florida 33131
    Tel: (305) 347-4040
    Fax: (305) 347-4050
    *Co-counsel for Tenet Defendants*

    **Stacy L. Brainin**
    Texas Bar No. 02863075
    stacy.brainin@haynesboone.com
    **George William Morrison**
    Texas Bar No. 24007710
    bill.morrison@haynesboone.com
    **Jeremy D. Kernodle**
    Texas Bar No. 24032618
    jeremy.kernodle@haynesboone.com
    **Nicole Somerville**
    Texas Bar No. 24068637
    nicole.somerville@haynesboone.com
    HAYNES AND BOONE LLP
    2323 Victory Avenue,
    Suite 700, Dallas, TX 75219-7673,
    Tel.: (214) 651-5000
    Fax: (214) 651-5940
    *Co-counsel for Tenet Defendants*

**Katherine A. Lauer**
California Bar No. 138010
katherine.lauer@lw.com
**Jason M. Ohta**
California Bar No. 211107
jason.ohta@lw.com
**Christopher S. Olson**
California Bar No. 260163
christopher.olson@lw.com
**LATHAM & WATKINS LLP**
600 West Broadway, Suite 1800
San Diego CA 92101-3375
Tel.: (619) 236-1234
Fax: (619) 696-74190
*Co-counsel for Tenet Defendants*

CASE NO. 09-CV-22253-HUCK

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of May, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified below in the Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ Martin B. Goldberg

**Martin B. Goldberg**

## SERVICE LIST

| | |
|---|---|
| June Acton<br>Assistant United States Attorney<br>United States Attorney's Office<br>99 N.E.4th Street, 3rd Floor<br>Miami, FL 33132<br>Phone: (305) 961-9374<br>Fax: (305) 530-7139<br>june.acton@usdoj.gov | Mark Coffee<br>Assistant Attorney General<br>Civil Medicaid Fraud Division, State of Texas<br>300 West 15th Street<br>Austin, Texas 78701<br>Phone: (512) 936-0260<br>Fax: (512) 469-3183<br>mark.coffee@oag.state.tx.us |
| Renee Orleans<br>U.S. Department of Justice<br>Civil Division<br>PO Box 261<br>Ben Franklin Station<br>Washington, DC 20004<br>Phone: (305) 310-6046<br>renee.orleans@usdoj.gov | Mary Elizabeth McCullohs<br>Assistant Attorney General<br>Medicaid Fraud and Integrity Division<br>PO Box 20207<br>Nashville, TN 37202<br>Phone: (615) 741-8126<br>mary.mccullohs@ag.tn.gov |
| Steven U. Ross<br>Deputy Attorney General III<br>Bureau of Medi-Cal Fraud and Elder Abuse<br>Office of the Attorney General<br>California Department of Justice<br>1455 Frazee Road, Suite 315<br>San Diego, CA 92108<br>Phone: (619) 688-6026<br>Fax: (619) 688-4200<br>steven.ross@doj.ca.gov | Jonathan Kroner<br>420 Lincoln Road, Suite 248<br>Miami Beach, FL 33139<br>Phone: (305) 310-6046<br>jk@floridalfalseclaim.com<br>Counsel for Plaintiff-Relator |

CASE NO. 09-CV-22253-HUCK

| | |
|---|---|
| Erica Galpern Waxman<br>Assistant Attorney General<br>Complex Civil Enforcement Bureau<br>Medicaid Fraud Control Unit<br>Office of the Attorney General<br>444 Brickell Avenue, Suite 650<br>Miami, FL 33131<br>Phone: (305) 377-5850<br>Fax: (305) 377-5925<br>erica.waxman@myfloridalegal.com | |