# CIVIL MINUTES

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

10:00 - 10:34 am, **HONORABLE PAUL C. HUCK**

**Date & Time:** 8-2-12      **CASE NO.** 09-CV-22253

**Clerk:** Evelyn Williams      **Court Reporter:** Patricia Sanders

**Title of Case:** USA etc. al
vs.
Teneth Health Care Corp

**Plaintiff's Attorney:** Jonathan Kroner

**Defendant's Attorney:** Martin Goldberg (counsel of record); Stacy L. Brainin; Katherine A. Lauer

**Reason for Hearing:** Plaintiff's Motion for Reconsideration

**Result of Hearing:** Plaintiff-Relator's Motion for Reconsideration was Granted in part & Denied in part. Relator was given until Monday, August 13, 2012, to file his second amended complaint. Order to follow.

Misc. _____

Case Continued to: _____ Time: _____ For: _____