# Tenet Claim of Texas Referrals from Tenants to Tenet

col 1 is Tenet provider #s   Provider codes at p.6 of this document.

MD tenants were identified in the medical office buildings from addresses on file. The paid redacted claim information for the Tenet hospitals and ambulatory surgery clinics includes the attending and referring MDs reported in those claims. The claims were filtered to show only those with a referring or attending

| Subm Bill Prov TPI | Subm Bill Prov TPI Suffix | PCN_Pseu doID | ICN_Pseu doID | Claim Status Dt | Claim Current Status Cd | To Date Of Service Yr | Subm Attending Prov NPI | Subm Attending Prov Identifier Nbr | Subm Attending Prov Suffix Nbr | Subm Referring Prov Identifier Nbr | Subm Referring Prov Suffix Nbr | Hdr Paid Amt | Matches Tenants |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 941940 | 2 | 22186 | 64191 | 3/27/04 | P | 2004 | | 0297251 | 1 | | | $ 1,768 | X |
| 941940 | 2 | 29985 | 28316 | 12/10/00 | P | 2000 | | 0360653 | 1 | 0360653 | 1 | $ 11 | X |
| 941940 | 2 | 24871 | 17086 | 12/17/05 | P | 2005 | | 0901282 | 2 | | | $ 51 | X |
| 941940 | 2 | 8520 | 2337 | 2/4/06 | P | 2006 | | 0920449 | 1 | | | $ 1,705 | X |
| 941940 | 2 | 21483 | 62588 | 3/26/00 | P | 2000 | | 0968935 | 2 | 0968935 | 2 | $ 56,134 | X |
| 941940 | 2 | 1462 | 35796 | 1/26/01 | P | 2001 | | 0990855 | 1 | 0990855 | 1 | $ 20,912 | X |
| 941940 | 2 | 28783 | 62364 | 5/21/05 | P | 2005 | | 0997413 | 1 | | | $ 16,663 | X |
| 941940 | 2 | 18449 | 42097 | 7/28/00 | P | 2000 | | 1000036 | 1 | 1000036 | 1 | $ 317 | X |
| 941940 | 2 | 10600 | 54165 | 10/15/00 | P | 2000 | | 1003071 | 2 | 1003071 | 2 | $ 2,954 | X |
| 941940 | 2 | 29293 | 65498 | 6/25/00 | P | 2000 | | 1140618 | 3 | 1140618 | 3 | $ 26,149 | X |
| 1127185 | 3 | 8803 | 63721 | 1/6/07 | P | 2006 | | 0362238 | 1 | | | $ 9,716 | X |
| 1127185 | 3 | 26857 | 5639 | 10/26/02 | P | 2002 | | 0331142 | 1 | | | $ 8,548 | X |
| 1127185 | 3 | 3559 | 47474 | 1/24/09 | P | 2008 | 1962481838 | | | | | $ 7,477 | X |
| 1127185 | 3 | 27572 | 13690 | 4/4/09 | P | 2009 | 1417069246 | | | | | $ 6,980 | X |
| 1127185 | 3 | 14668 | 30150 | 7/31/04 | P | 2004 | | 0356826 | 1 | | | $ 4,853 | X |
| 1127185 | 3 | 30248 | 72698 | 3/8/03 | P | 2003 | | 0918583 | 1 | | | $ 907 | X |
| 1127185 | 3 | 8497 | 67835 | 7/11/09 | P | 2009 | 1497972913 | | | | | $ 3,315 | X |
| 1127185 | 3 | 10518 | 38495 | 9/20/08 | P | 2008 | 1699743674 | | | | | $ 3,442 | X |
| 1127185 | 3 | 9103 | 12589 | 10/19/03 | P | 2003 | | 0338980 | 1 | | | $4,242.48 | X |
| 1127185 | 3 | 6002 | 54721 | 2/6/10 | P | 2010 | 1598701393 | | | | | $ 334 | X |
| 1218117 | 3 | 20525 | 62826 | 8/8/09 | P | 2009 | 1417944943 | | | | | $ 78,236 | X |
| 1218117 | 3 | 5874 | 65540 | 7/16/05 | P | 2004 | | 1330391 | 1 | | | $ 72,906 | X |
| 1218117 | 2 | 5275 | 48022 | 12/17/00 | P | 2000 | | 1305377 | 2 | 1305377 | 2 | $451.53 | X |
| 1218117 | 3 | 18404 | 25899 | 5/26/00 | P | 2000 | | 1282030 | 4 | 1282030 | 4 | $1,046.83 | X |
| 1218117 | 3 | 11346 | 15466 | 2/4/06 | P | 2005 | | 0383499 | 1 | | | $ 47,070 | X |
| 1218117 | 3 | 24145 | 52312 | 9/2/01 | P | 2001 | | 1000895 | 1 | | | $ 46,091 | X |
| 1218117 | 2 | 29405 | 15501 | 3/30/01 | P | 2001 | | 1230559 | 2 | 1230559 | 2 | $294.04 | X |
| 1218117 | 3 | 27313 | 39832 | 1/9/04 | P | 2003 | | 1227019 | 1 | | | $8,051.52 | X |
| 1218117 | 3 | 26037 | 21966 | 5/13/01 | P | 2001 | | 1228199 | 3 | 1228199 | 3 | $74.93 | X |
| 1218117 | 3 | 1420 | 55222 | 6/11/00 | P | 2000 | | 1212854 | 3 | 1212854 | 3 | $634.82 | X |
| 1306011 | 4 | 8659 | 76422 | 6/20/09 | P | 2009 | 1437362092 | | | | | $ 302,643 | X |
| 1306011 | 4 | 21055 | 42543 | 10/14/06 | P | 2006 | | 1731408 | 1 | | | $3,714.56 | X |

MD tenants were identified in the medical office buildings from addresses on file. The paid redacted claim information for the Tenet hospitals and ambulatory surgery clinics includes the attending and referring MDs reported in those claims. The claims were filtered to show only those with a referring or attending

| Subm Bill Prov TPI | Subm Bill Prov TPI Suffix | PCN_Pseu doID | ICN_Pseu doID | Claim Status Dt | Claim Current Status Cd | To Date Of Service Yr | Subm Attending Prov NPI | Subm Attending Prov Identifier Nbr | Subm Attending Prov Suffix Nbr | Subm Referring Prov Identifier Nbr | Subm Referring Prov Suffix Nbr | Hdr Paid Amt | Matches Tenants |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1306011 | 4 | 14918 | 52825 | 7/5/03 | P | 2003 | | 1473829 | 1 | | | $72.01 | X |
| 1306011 | 4 | 8846 | 67942 | 11/1/03 | P | 2003 | | 0457129 | 1 | | | $ 79,604 | X |
| 1306011 | 4 | 8776 | 32727 | 3/9/02 | P | 2002 | | 1302028 | 1 | | | $ 77,506 | X |
| 1306011 | 4 | 2452 | 35892 | 1/19/08 | P | 2007 | | 1264897 | 1 | | | $ 61,806 | X |
| 1306011 | 4 | 8983 | 11987 | 5/29/04 | P | 2004 | | 1331746 | 1 | | | $ 59,516 | X |
| 1306011 | 4 | 22477 | 56749 | 2/24/07 | P | 2007 | | 1213464 | 1 | | | $ 54,054 | X |
| 1306011 | 4 | 27991 | 67866 | 3/3/02 | P | 2002 | | 1381345 | 1 | | | $622.63 | X |
| 1306011 | 4 | 20929 | 65220 | 11/6/04 | P | 2004 | | 1180150 | 1 | | | $0.00 | X |
| 1332454 | 6 | 27121 | 26921 | 12/14/02 | P | 2002 | | 1256141 | 1 | | | $ 76,319 | X |
| 1332454 | 6 | 8776 | 14142 | 1/7/01 | P | 2000 | | 1378622 | 2 | 1378622 | 2 | $ 68,735 | X |
| 1332454 | 6 | 15325 | 5189 | 12/4/04 | P | 2004 | | 1213464 | 1 | | | $ 56,039 | X |
| 1332454 | 6 | 2185 | 77168 | 9/17/05 | P | 2005 | | 1203382 | 1 | | | $ 53,797 | X |
| 1332454 | 6 | 19612 | 41305 | 6/23/02 | P | 2002 | | 1212961 | 1 | | | $ 52,835 | X |
| 1332454 | 6 | 5413 | 29308 | 8/17/02 | P | 2002 | | 1265639 | 1 | | | $ 52,835 | X |
| 1332454 | 6 | 23186 | 41744 | 6/11/05 | P | 2005 | | 1201469 | 1 | | | $ 45,131 | X |
| 1332454 | 6 | 1557 | 31495 | 3/24/02 | P | 2002 | | 1205056 | 1 | | | $ 40,026 | X |
| 1332454 | 6 | 525 | 13666 | 1/7/01 | P | 2000 | | 1303646 | 1 | 1303646 | 1 | $ 36,060 | X |
| 1332454 | 6 | 17085 | 34838 | 5/16/09 | P | 2009 | 1376529826 | | | | | $ 32,944 | X |
| 1364937 | 6 | 26454 | 25342 | 9/15/07 | P | 2007 | | 1265639 | 1 | | | $ 690 | X |
| 1364937 | 6 | 19163 | 24787 | 9/29/00 | P | 2000 | | 0895443 | 2 | 0895443 | 2 | $ 502 | X |
| 1364937 | 6 | 132 | 74304 | 2/12/05 | P | 2005 | | 1180150 | 2 | | | $ 451 | X |
| 1364937 | 6 | 29902 | 63610 | 2/6/00 | P | 2000 | | 1378622 | 11 | 1378622 | 11 | $ 357 | X |
| 1364937 | 6 | 30110 | 47737 | 2/6/00 | P | 2000 | | 0898306 | 1 | 0898306 | 1 | $ 311 | X |
| 1364937 | 6 | 9796 | 72359 | 4/28/07 | P | 2007 | | 1742710 | 1 | | | $ 301 | X |
| 1364937 | 6 | 21445 | 61389 | 4/23/05 | P | 2005 | | 0404634 | 1 | | | $ 225 | X |
| 1364937 | 6 | 20165 | 8914 | 5/21/05 | P | 2005 | | 1252553 | 6 | | | $ 225 | X |
| 1364937 | 6 | 27370 | 70983 | 8/30/08 | P | 2008 | 1578554895 | TXBM136 | | | | $ 225 | X |
| 1306052 | 5 | 18224 | 54235 | 4/24/04 | P | 2004 | | 1155822 | 1 | | | $ 18,815 | X |
| 1306052 | 5 | 124 | 66522 | 5/21/00 | P | 2000 | | 1202830 | 3 | 1202830 | 3 | $ 16,825 | X |
| 1306052 | 5 | 26949 | 20839 | 5/28/05 | P | 2005 | | 1536625 | 1 | | | $361.32 | X |
| 1306052 | 5 | 2303 | 59060 | 3/9/03 | P | 2003 | | 0899023 | 1 | | | $ 57,345 | X |
| 1306052 | 5 | 3460 | 69607 | 1/15/05 | P | 2004 | | 0988800 | 1 | | | $ 55,911 | X |

MD tenants were identified in the medical office buildings from addresses on file. The paid redacted claim information for the Tenet hospitals and ambulatory surgery clinics includes the attending and referring MDs reported in those claims. The claims were filtered to show only those with a referring or attending

| Subm Bill Prov TPI | Subm Bill Prov TPI Suffix | PCN_Pseu doID | ICN_Pseu doID | Claim Status Dt | Claim Current Status Cd | To Date Of Service Yr | Subm Attending Prov NPI | Subm Attending Prov Identifier Nbr | Subm Attending Prov Suffix Nbr | Subm Referring Prov Identifier Nbr | Subm Referring Prov Suffix Nbr | Hdr Paid Amt | Matches Tenants |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1306052 | 5 | 26080 | 590 | 8/9/08 | P | 2008 | 1164537247 | | | | | $ 23,897 | X |
| 1306052 | 5 | 7592 | 12613 | 4/30/05 | P | 2005 | | 1309486 | 3 | | | $ 20,330 | X |
| 1306052 | 5 | 11958 | 5194 | 5/10/03 | P | 2003 | | 1139065 | 1 | | | $ 18,892 | X |
| 1306052 | 5 | 18224 | 54235 | 4/24/04 | P | 2004 | | 1155822 | 1 | | | $ 18,815 | X |
| 1306052 | 5 | 23366 | 41060 | 5/31/08 | P | 2008 | 1881694891 | | | | | $ 16,338 | X |

| Billing TPI | Performing TPI | Performing Provider Suffix Nbr | Performing Provider NPI | Performing Provider Combined Name | Performing Prov Type Cd | Prov Type Desc | Provider Street Address 1 | Provider City Name |
|---|---|---|---|---|---|---|---|---|
| 941940 | 0297251 | 01 | 1770544710 | FROST, JANET D | 20 | PHYSICIAN (M.D.) | 1151 N BUCKNER | DALLAS |
| 941940 | 0360653 | 02 | 1134179385 | CAMPO, SALVATORE R | 19 | PHYSICIAN (D.O.) | 1151 N BUCKNER | DALLAS |
| 941940 | 0901282 | 02 | 1720039274 | DUARTE, JOSE A | 20 | PHYSICIAN (M.D.) | 1151 N BUCKNER | DALLAS |
| 941940 | 0920449 | 01 | 1215990213 | SCHERMERHORN, JAMES E | 20 | PHYSICIAN (M.D.) | 1151 N BUCKNER | DALLAS |
| 941940 | 0968935 | 02 | 1912990987 | CO, MARK A | 20 | PHYSICIAN (M.D.) | 9323 GARLAND RD | DALLAS |
| 941940 | 0990855 | 01 | 1629031547 | CAPEHART, RAE ANN G | 20 | PHYSICIAN (M.D.) | 1151 N BUCKNER | DALLAS |
| 941940 | 0997413 | 01 | 1184687261 | JONES, TOM N | 19 | PHYSICIAN (D.O.) | 9323 GARLAND RD | DALLAS |
| 941940 | 1000036 | 01 | 1184678708 | GOLDINGS, AUDREY S | 20 | PHYSICIAN (M.D.) | 1151 N BUCKNER | DALLAS |
| 941940 | 1003071 | 02 | | PAO, JULIE | 20 | PHYSICIAN (M.D.) | 1151 N BUCKNER | DALLAS |
| 941940 | 1140618 | 03 | 1730204298 | ILIYA, CHARLES A | 20 | PHYSICIAN (M.D.) | 1151 N BUCKNER | DALLAS |
| 1127185 | 0362238 | 01 | 1659365203 | PODOBA, ELIZABETH C | 20 | PHYSICIAN (M.D.) | 11302 FALLBROOK DR | HOUSTON |
| 1127185 | 0331142 | 01 | | KELLER, KIM D | 20 | PHYSICIAN (M.D.) | 11302 FALLBROOK DR | HOUSTON |
| 1127185 | 0509937 | 02 | 1962481838 | MURRA, SALVADOR E | 20 | PHYSICIAN (M.D.) | 11302 FALLBROOK DR | HOUSTON |
| 1127185 | 1630188 | 01 | 1417069246 | UGBARUGBA, STEVEN | 20 | PHYSICIAN (M.D.) | 11302 FALLBROOK DR | HOUSTON |
| 1127185 | 0356826 | 01 | 1144217001 | MONTGOMERY, JOSEPH S | 20 | PHYSICIAN (M.D.) | 11302 FALLBROOK DR | HOUSTON |
| 1127185 | 0918583 | 01 | | ZARZOUR, GAMIL Y | 20 | PHYSICIAN (M.D.) | 11302 FALLBROOK DR | HOUSTON |
| 1127185 | 1939373 | 01 | 1497972913 | DOGAN, JOHN I | 20 | PHYSICIAN (M.D.) | 11302 FALLBROOK DR | HOUSTON |
| 1127185 | 0921702 | 01 | 1699743674 | WONGSA, PEGGY | 20 | PHYSICIAN (M.D.) | 11302 FALLBROOK DR | HOUSTON |
| 1127185 | 0338980 | 01 | | ROEHR, JADWIGA J | 20 | PHYSICIAN (M.D.) | 11302 FALLBROOK DR | HOUSTON |
| 1127185 | 1498313 | 04 | 1598701393 | MANSOUR, EDWARD | 19 | PHYSICIAN (D.O.) | 11302 FALLBROOK DR | HOUSTON |
| 1218117 | 1597361 | 05 | 1417944943 | CHENG, MINGFANG A | 20 | PHYSICIAN (M.D.) | 1200 BINZ | HOUSTON |
| 1218117 | 1330391 | 01 | | WATSON, JAMES C | 20 | PHYSICIAN (M.D.) | 1200 BINZ | HOUSTON |
| 1218117 | 1305377 | 02 | | MASSON, MARCOS V | 20 | PHYSICIAN (M.D.) | 1200 BINZ | HOUSTON |
| 1218117 | 1282030 | 04 | | PEGRAM, SAMUEL B | 20 | PHYSICIAN (M.D.) | 1200 BINZ | HOUSTON |
| 1218117 | 0383499 | 01 | 1679530158 | TSAI, CHUNDAR | 20 | PHYSICIAN (M.D.) | 1200 BINZ | HOUSTON |
| 1218117 | 1000895 | 01 | | STOOL, EDWARD W | 20 | PHYSICIAN (M.D.) | 1200 BINZ | HOUSTON |
| 1218117 | 1230559 | 01 | | HAWKINS, WALTER R | 20 | PHYSICIAN (M.D.) | 1200 BINZ | HOUSTON |
| 1218117 | 1228199 | 03 | | NAJJAR, AMJAD F | 20 | PHYSICIAN (M.D.) | 1200 BINZ | HOUSTON |
| 1218117 | 1227019 | 01 | | QUESADA, JORGE R | 20 | PHYSICIAN (M.D.) | 1200 BINZ | HOUSTON |
| 1218117 | 1212854 | 01 | 1568416212 | LEE, CHOK-KEUN | 20 | PHYSICIAN (M.D.) | 1200 BINZ | HOUSTON |
| 1306011 | 1252553 | 05 | 1437362092 | CARCAMO, BENJAMIN | 20 | PHYSICIAN (M.D.) | 125 W HAGUE RD | EL PASO |
| 1306011 | 1731408 | 01 | 1609874098 | MONTES, REBECCA | 20 | PHYSICIAN (M.D.) | 125 W HAGUE RD | EL PASO |
| 1306011 | 1473829 | 01 | 1639181712 | ROSEN, ANDREW P | 20 | PHYSICIAN (M.D.) | 125 W HAGUE RD | EL PASO |
| 1306011 | 0457129 | 01 | 1174524441 | BRIGHT, KEVIN E | 20 | PHYSICIAN (M.D.) | 125 W HAGUE RD | EL PASO |
| 1306011 | 1302028 | 01 | | GUTIERREZ, CARLOS A | 20 | PHYSICIAN (M.D.) | 125 W HAGUE RD | EL PASO |
| 1306011 | 1264897 | 01 | 1114998051 | MARQUEZ-SMITH, TERESA | 20 | PHYSICIAN (M.D.) | 125 W HAGUE RD | EL PASO |
| 1306011 | 1331746 | 01 | | ISAAC, DAVID W | 20 | PHYSICIAN (M.D.) | 125 W HAGUE RD | EL PASO |
| 1306011 | 1213464 | 01 | | LIPTAKOVA, HELENA H | 20 | PHYSICIAN (M.D.) | 125 W HAGUE RD | EL PASO |
| 1306011 | 1381345 | 01 | | DIAZ, GONZALO A | 20 | PHYSICIAN (M.D.) | 125 W HAGUE RD | EL PASO |
| 1306011 | 1180150 | 01 | 1780656843 | LATIFF, GUILLERMO A | 20 | PHYSICIAN (M.D.) | 125 W HAGUE RD | EL PASO |
| 1332454 | 1256141 | 01 | 1568462398 | HERNANDEZ, JESUS A | 20 | PHYSICIAN (M.D.) | 125 W HAGUE RD | EL PASO |
| 1332454 | 1378622 | 01 | | RASCHBAUM, GEORGE R | 20 | PHYSICIAN (M.D.) | 125 W HAGUE RD | EL PASO |
| 1332454 | 1213464 | 01 | | LIPTAKOVA, HELENA H | 20 | PHYSICIAN (M.D.) | 1600 MEDICAL CENTER DR. | EL PASO |

| Billing TPI | Performing TPI | Performing Provider Suffix Nbr | Performing Provider NPI | Performing Provider Combined Name | Performing Prov Type Cd | Prov Type Desc | Provider Street Address 1 | Provider City Name |
|---|---|---|---|---|---|---|---|---|
| 1332454 | 1203382 | 01 | 1972501435 | LOZANO, JESUS L | 20 | PHYSICIAN (M.D.) | 125 W HAGUE RD | EL PASO |
| 1332454 | 1212961 | 01 |  | COLEMAN, SCOTT K | 20 | PHYSICIAN (M.D.) | 125 W HAGUE RD | EL PASO |
| 1332454 | 1265639 | 01 | 1467463562 | RADENOVICH, VIOLETA | 20 | PHYSICIAN (M.D.) | 1250 E CLIFF | EL PASO |
| 1332454 | 1201469 | 03 | 1275504490 | ALVAREZ, DINICIO M | 20 | PHYSICIAN (M.D.) | 125 W HAGUE RD | EL PASO |
| 1332454 | 1205056 | 01 |  | DIAZ-LUNA, HECTOR J | 20 | PHYSICIAN (M.D.) | 1600 MEDICAL CENTER DR. | EL PASO |
| 1332454 | 1303646 | 01 |  | CHANG, CHARLES S C | 20 | PHYSICIAN (M.D.) | 1600 MEDICAL CENTER DR. | EL PASO |
| 1332454 | 1775983 | 02 | 1376529826 | LYN, IAN T | 20 | PHYSICIAN (M.D.) | 1600 MEDICAL CENTER DR. | EL PASO |
| 1364937 | 1265639 | 01 | 1467463562 | RADENOVICH, VIOLETA | 20 | PHYSICIAN (M.D.) | 1250 E CLIFF | EL PASO |
| 1364937 | 0895443 | 02 |  | PETERSON, JAMES F | 20 | PHYSICIAN (M.D.) | 1250 E CLIFF | EL PASO |
| 1364937 | 1180150 | 01 | 1780656843 | LATIFF, GUILLERMO A | 20 | PHYSICIAN (M.D.) | 125 W HAGUE RD | EL PASO |
| 1364937 | 1378622 | 01 |  | RASCHBAUM, GEORGE R | 20 | PHYSICIAN (M.D.) | 125 W HAGUE RD | EL PASO |
| 1364937 | 0898306 | 01 | 1275532863 | SANTOS, LUIS A | 20 | PHYSICIAN (M.D.) | 125 W HAGUE RD | EL PASO |
| 1364937 | 1742710 | 01 | 1578554895 | SPURBECK, WILLIAM W | 20 | PHYSICIAN (M.D.) | 125 W HAGUE RD | EL PASO |
| 1364937 | 0404634 | 01 |  | CARCAMO, BENJAMIN | 20 | PHYSICIAN (M.D.) | 125 W HAGUE RD | EL PASO |
| 1364937 | 1252553 | 01 |  | CARCAMO, BENJAMIN | 20 | PHYSICIAN (M.D.) | 125 W HAGUE RD | EL PASO |
| 1364937 | 1742710 | 01 | 1578554895 | SPURBECK, WILLIAM W | 20 | PHYSICIAN (M.D.) | 125 W HAGUE RD | EL PASO |
| 1306052 | 1155822 | 02 |  | COFFMAN, DENNIS W | 20 | PHYSICIAN (M.D.) | 4848 N E STALLINGS | NACOGDOCHES |
| 1306052 | 1202830 | 03 |  | POKALA, VIJAYA R | 20 | PHYSICIAN (M.D.) | 4848 N E STALLINGS | NACOGDOCHES |
| 1306052 | 1536625 | 01 | 1750475497 | CHAPMAN, MICHAEL C | 20 | PHYSICIAN (M.D.) | 4848 N E STALLINGS | NACOGDOCHES |
| 1306052 | 0899023 | 01 | 1881694891 | SAVAGE, ROBERT T | 20 | PHYSICIAN (M.D.) | 4848 N E STALLINGS | NACOGDOCHES |
| 1306052 | 0988800 | 01 | 1053317156 | REDFIELD, JAMES M | 20 | PHYSICIAN (M.D.) | 4848 N E STALLINGS | NACOGDOCHES |
| 1306052 | 1232324 | 01 | 1164537247 | LEDET, TED W | 20 | PHYSICIAN (M.D.) | 4848 N E STALLINGS | NACOGDOCHES |
| 1306052 | 1309486 | 04 |  | FURNISS, WILBURN E | 20 | PHYSICIAN (M.D.) | 4848 N E STALLINGS | NACOGDOCHES |
| 1306052 | 1139065 | 01 |  | WILSON, W BRAD | 20 | PHYSICIAN (M.D.) | 4848 N E STALLINGS | NACOGDOCHES |
| 1306052 | 1155822 | 02 |  | COFFMAN, DENNIS W | 20 | PHYSICIAN (M.D.) | 4848 N E STALLINGS | NACOGDOCHES |
| 1306052 | 0899023 | 01 | 1881694891 | SAVAGE, ROBERT T | 20 | PHYSICIAN (M.D.) | 4848 N E STALLINGS | NACOGDOCHES |

| Billing Provider TPI | Billing Provider TPI Suffix | Billing Provider NPI | Billing Provider Combined Name | Prov Type Cd | Billing Prov Type Desc | Prov Specialty Cd | Prov Specialty Desc | Provider Street Address | Provider City Name |
|---|---|---|---|---|---|---|---|---|---|
| 0941940 | 02 | 1699705426 | DOCTORS HOSPITAL | 61 | HOSPITAL - PRIVATE FULL CARE | 91 | HOSPITAL - NONPROFIT/ACUTE/101-250 BEDS | 1151 N BUCKNER | DALLAS |
| 1127185 | 03 | 1427583334 | CYPRESS FAIRBANKS MED CTR | 61 | HOSPITAL - PRIVATE FULL CARE | 86 | HOSPITAL - PROFIT/ACUTE/101 PLUS BEDS | 11302 FALLBROOK DR | HOUSTON |
| 1213117 | 03 | 1780615890 | PARK PLAZA HOSPITAL | 61 | HOSPITAL - PRIVATE FULL CARE | 86 | HOSPITAL - PROFIT/ACUTE/101 PLUS BEDS | 1200 BINZ | HOUSTON |
| 1306011 | 04 | 1700801909 | PROVIDENCE MEMORIAL HOSPITAL | 61 | HOSPITAL - PRIVATE FULL CARE | 92 | HOSPITAL - NONPROFIT/ACUTE/251 PLUS BEDS | 1250 E CLIFF | EL PASO |
| 1332454 | 06 | 1215969787 | SIERRA MEDICAL CENTER | 61 | HOSPITAL - PRIVATE FULL CARE | 86 | HOSPITAL - PROFIT/ACUTE/101 PLUS BEDS | 1600 MEDICAL CENTER DR | EL PASO |
| 1364937 | 06 | 1700801909 | PROVIDENCE MEMORIAL HOSPHBP PROVIDENCE MEMORIAL HOSPITAL | 52 | AMBULATORY SURGICAL CENTER - HOSPITAL | 49 | AMBULATORY SURGICAL SERVICES | 125 W HAGUE RD | EL PASO |
| 1306052 | 05 | 1700885076 | NACOGDOCHES MEDICAL CENTER | 61 | HOSPITAL - PRIVATE FULL CARE | 86 | HOSPITAL - PROFIT/ACUTE/101 PLUS BEDS | 4848 N E STALLINGS | NACOGDOCHES |

| Row Labels | Sum of Hdr Paid Amt |
|---|---|
| 2000 | $ 2,784,450 |
| 2001 | $ 4,905,115 |
| 2002 | $ 8,016,580 |
| 2003 | $ 6,713,072 |
| 2004 | $ 5,373,043 |
| 2005 | $ 5,233,571 |
| 2006 | $ 5,962,938 |
| 2007 | $ 6,831,110 |
| 2008 | $ 5,070,485 |
| 2009 | $ 6,231,133 |
| 2010 | $ 509,960 |
| Grand Total | $ 57,631,457 |