UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

United States, *ex rel.* Marc Osheroff, et al.　　　　　Case No. **09-22253-HUCK**

　　　Plaintiff-Relator,

v.

Tenet Healthcare Corporation, *et al*.

　　　Defendants.
_____

## PLAINTIFF RELATOR'S' NOTICE OF UNAVAILABILITY

PLEASE TAKE NOTICE that the undersigned will be out of the jurisdiction from Tuesday May 21 through Friday May 31, 2013, on pre-planned vacation. The undersigned respectfully requests that no hearings, depositions or other proceedings are scheduled in this cause during this period.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　Jonathan Kroner
　　　　　　　　　　　　　　　　　　　420 Lincoln Road, Suite 248
　　　　　　　　　　　　　　　　　　　Miami Beach, Florida 33139-3031
　　　　　　　　　　　　　　　　　　　(305) 310-6046

　　　　　　　　　　　　　　　　　　　/s/ Jonathan Kroner
　　　　　　　　　　　　　　　　　　　FBN 328677
　　　　　　　　　　　　　　　　　　　jk@FloridaFalseClaim.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the date stamped above I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified below in the Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by

CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Jonathan Kroner

**Via CM/ECF only**
Martin B. Goldberg  mgoldberg@lashgoldberg.com
Michael Lee Ehren  mehren@lashgoldberg.com
Katherine A. Lauer  katherine.lauer@lw.com
Jason M. Ohta  jason.ohta@lw.com
Christopher S. Olson  chritsopher.olson@lw.com
Jeremy D. Kernodle  jeremy.kernodle@haynesboone.com
George William Morrison  bill.morrison@haynesboone.com
Nicole Somerville  nicole.somerville@haynesboone.com
Stacy L. Brainin  stacy.brainin@haynesboone.com

Erica Galpern Waxman  erica.waxman@myfloridalegal.com
June C. Acton  june.acton@usdoj.gov,
Renee.Balancier@usdoj.gov

**Via Email**
Mark Coffee  mark.coffee@oag.state.tx.us
Renee Orleans  renee.orleans@usdoj.gov
Steven U. Ross  steven.ross@doj.ca.gov
Mary Elizabeth McCullohs  mary.mccullohs@ag.tn.gov
Victoria Kizito,  victoria.kizito@mfcu.ga.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

United States, *ex rel.* Marc Osheroff, et al.        Case No. **09-22253-HUCK**

    **Plaintiff-Relator,**

v.

**Tenet Healthcare Corporation,** *et al.*

    **Defendants**.

_____

## CASE MANAGEMENT ORDER

To promote a more orderly litigation and a more effective case management, consistent with this Court's inherent authority to control and manage its docket, this Court finds the scope and complexity of this case requires refinement and revisions to the Order Setting Civil Jury Trial Date and Pretrial Scheduling [Dkt 84].

Therefore, it is **ORDERED** that:

1. All discovery with respect to all non-Florida properties is hereby stayed until further Order of this Court.

2. The statute of limitations and all other deadlines shall be tolled with respect to all issues for the non-Florida properties.

3. The parties shall preserve all documents and electronically stored information of potential relevance to the matters in this case.

4. Within 30 days, the parties shall submit to the Court a proposed Order on Preservation of Electronically Stored Information.

5. The dates and deadlines in the Order Setting Civil Jury Trial Date and Pretrial Scheduling [Dkt 84] are hereby set aside until further Order of this Court.

6. Within 30 days, the parties shall submit to this Court a revised Joint Discovery Plan and Conference Report, pursuant to Fed. R. Civ. P. 26 and S.D. Fla. L.R. 16.1, and consistent with the intent and terms of this Order.

7. Within 90 days Relator shall submit to this Court a proposal that addresses the case management issues for the non-Florida properties raised by this Court in hearing on March 15, 2013.

SO ORDERED.

_____                                    _____
Date                                               **Honorable Paul C. Huck**
                                                   UNITED STATES DISTRICT JUDGE