UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-CV-22253-HUCK/O'SULLIVAN

UNITED STATES OF AMERICA, *ex rel.*
MARC OSHEROFF,

    Plaintiff-Relator,

v.

TENET HEALTHCARE CORPORATION,
*et al.*,

    Defendants.

---

## JOINT STIPULATION OF DISMISSAL

The undersigned parties hereby jointly file this stipulation of dismissal of all claims brought by the United States of America (the "United States"), by and through qui tam relator Marc Osheroff (the "Relator"), against Defendants Tenet Healthcare Corporation, Tenet Healthsystem GB, Inc. d/b/a Atlanta Medical Center, Tenet South Fulton, Inc. d/b/a South Fulton Medical Center, Tenet Hialeah HealthSystem, Inc. d/b/a Hialeah Hospital, Lifemark Hospitals of Florida, Inc. d/b/a Palmetto General Hospital; Tenet HealthSystem North Shore, Inc. d/b/a North Shore Medical Center; Tenet HealthSystem North Shore, Inc. d/b/a North Shore Medical Center – FMC Campus, Tenet Good Samaritan, Inc. d/b/a Good Samaritan Medical Center; Tenet St. Mary's Inc., a Florida Corporation d/b/a St. Mary's Medical Center, Brookwood Center Development Corporation, Eastern Professional Properties, Inc., AMISUB (SFH), Inc. d/b/a Saint Francis Hospital, Tenet Hospitals Limited, a Texas Limited Partnership d/b/a Doctors Hospital at White Rock Lake, San Ramon Regional Medical Center, Inc. d/b/a San Ramon Regional Medical Center, and Los Alamitos Medical Center (collectively, the "Defendants").

1

The United States, the Relator, and Defendants (collectively, the "Parties") have entered into a Settlement Agreement that resolves all claims brought in this action. Accordingly, the Parties file this stipulation of dismissal of all claims and request that the Court enter an order of dismissal with respect to all claims asserted in the Second Amended Complaint against Defendants.

With respect to the United States, claims are dismissed with prejudice only to the extent that the claims were released in paragraph 4 of the Settlement Agreement. Any remaining claims are dismissed without prejudice to the United States.

With respect to the States of Florida, Georgia, Texas, Tennessee and California which have declined to intervene in this case, all claims are dismissed without prejudice. The States of Florida, Georgia, Texas, Tennessee and California consent to dismissal of the state claims without prejudice to those respective states.

With respect to the Relator, all claims asserted in the Second Amended Complaint are dismissed with prejudice.

Dated: December ____, 2013.

Respectfully submitted,

*/s/ Jonathan Kroner* 12/18/13
Jonathan Kroner
Florida Bar No. 328677
jk@FloridaFalseClaim.com
420 Lincoln Road, Suite 248
Miami Beach, Florida 33139-3031
Tel: (305) 310-6046
Counsel for Relator

*/s/ Stacy L. Brainin*
Stacy L. Brainin
Texas Bar No. 02863075*
stacy.brainin@haynesboone.com
George William Morrison
Texas Bar No. 24007710*
bill.morrison@haynesboone.com
Jeremy D. Kernodle
Texas Bar No. 24032618*
jeremy.kernodle@haynesboone.com
Nicole Somerville
Texas Bar No. 24068637*
nicole.somerville@haynesboone.com
HAYNES AND BOONE LLP
2323 Victory Avenue,
Suite 700, Dallas, TX 75219-7673,
Tel.: (214) 651-5000
Fax: (214) 651-5940
Co-counsel for Defendants

*/s/ Martin B. Goldberg*
Martin B. Goldberg   *by SLB with permission*
Florida Bar No. 827029
mgoldberg@lashgoldberg.com
Michael L. Ehren
Florida Bar No. 0043768
mehren@lashgoldberg.com
LASH & GOLDBERG LLP
Suite 1200, Miami Tower
100 S.E. Second Street
Miami, Florida 33131
Tel: (305) 347-4040
Fax: (305) 347-4050
Co-counsel for Defendants

*/s/ Katherine A. Lauer*
Katherine A. Lauer   *by SLB with permission*
California Bar No. 138010*
katherine.lauer@lw.com
Christopher S. Olson
California Bar No. 260163*
christopher.olson@lw.com
LATHAM & WATKINS LLP
600 West Broadway, Suite 1800
San Diego CA 92101-3375
Tel.: (619) 236-1234
Fax: (619) 696-74190
Co-counsel for Defendants

* *Appearing pro hac vice*

_____
Renee Orleans
U.S. Department of Justice
Civil Division
PO Box 261
Ben Franklin Station
Washington, DC 20004
Phone: (305) 310-6046
renee.orleans@usdoj.gov

_____
Susan Torres
Assistant United States Attorney
United States Attorney's Office
99 N.E. 4th Street, 3rd Floor
Miami, FL 33132
Phone: (305) 961-9374
Fax: (305) 530-7139
susan.torres@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was electronically filed and served through the Court's Electronic Case Filing (ECF) System and to all counsel of record on December __, 2013:

_____

D-2215536_1

4